## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUDDY BITES, INC.,<br><br>      *Plaintiff and Counter Defendant,*<br><br>v.<br><br>EVERGREEN USA LLC, d/b/a JUST THE FUN PART,<br><br>      *Defendant and Counter Plaintiff.* | Case No: 1:24-cv-07089-LAK<br><br>**PLAINTIFF MUDDY BITES, INC.'S MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANT EVERGREEN USA, LLC'S MOTION TO COMPEL DISCOVERY** |

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2026

*Granted*

7/18/26