## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUDDY BITES, INC., | Case No: 1:24-cv-07089-LAK |
| *Plaintiff and Counter Defendant,* | **PLAINTIFF MUDDY BITES, INC.'S MOTION TO SEAL PORTIONS OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT EVERGREEN USA LLC AND TO COMPEL DEFENDANT'S PRINCIPAL'S COMPLIANCE WITH SUBPOENA** |
| v. | |
| EVERGREEN USA LLC, d/b/a JUST THE FUN PART, | |
| *Defendant and Counter Plaintiff.* | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/26

Plaintiff Muddy Bites, Inc. ("Muddy Bites") respectfully moves to file under seal portions of its Motion to Compel Discovery from Defendant Evergreen Usa LLC and to Compel Defendant's Principal's Compliance with Subpoena (Muddy Bites's "Motion to Compel") as well as the following exhibits to Muddy Bites's Motion to Compel.

Exhibits A, C, E, F, G, and M to Muddy Bites's Motion to Compel is an email produced by Defendant in this litigation and bearing a "CONFIDENTIAL" footer in the lower lefthand corner, evidencing a designation by Defendant under the parties' Protective Order (*see* Dkt. 40). Muddy Bites's Motion to Compel quotes from or otherwise discusses the contents of Exhibits A, C, E, F, G, and M.

Exhibit B to Muddy Bites's Motion to Compel is an email exchange between counsel for the parties in July 2025, which contains certain financial information that defense counsel advised in his email was "CONFIDENTIAL IN ACCORDANCE WITH THE CONFIDENTIALITY STIPULATION AND PROTECTED ORDER[.]" Muddy Bites's Motion to Compel quotes or otherwise discusses the contents of from Exhibit B.

Muddy Bites does not designate any portion of its Motion to Compel or of these exhibits as confidential. Rather, Muddy Bites conditionally lodges these materials under seal in view of Defendant's designations and pursuant to the parties' stipulated Protective Order as well as this Court's Individual Rules of Practice. Upon filing of Muddy Bites's Motion to Compel Discovery and Motion to Seal, Muddy Bites will serve the same upon counsel for Defendant and provide notice to Defendant "that it must file, within three days, a letter explaining the need to seal or redact the materials" at issue in this Motion to Seal.

//

//

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

1

Dated: February 27, 2026

Respectfully Submitted,

*/s/ Doug Tilley*
Doug Tilley, Esq. (*pro hac vice*)
**BRAUNHAGEY & BORDEN LLP**
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
tilley@braunhagey.com

J. Noah Hagey, Esq.
**BRAUNHAGEY & BORDEN LLP**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-940
hagey@braunhagey.com

*Counsel for Plaintiff Muddy Bites, Inc.*

2

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUDDY BITES, INC., <br><br>     *Plaintiff and Counter Defendant,* <br><br> v. <br><br> EVERGREEN USA LLC, d/b/a JUST THE FUN PART, <br><br>     *Defendant and Counter Plaintiff.* | Case No: 1:24-cv-07089-LAK <br><br> **DECLARATION OF DOUG TILLEY IN SUPPORT OF PLAINTIFF MUDDY BITES, INC.'S MOTION TO SEAL PORTIONS OF ITS MOTION TO COMPEL DISCOVERY FROM DEFENDANT EVERGREEN USA LLC AND TO COMPEL DEFENDANT'S PRINCIPAL'S COMPLIANCE WITH SUBPOENA** |

I, Doug Tilley, declare as follows:

1.    I am counsel of record for Plaintiff Muddy Bites, Inc. ("Muddy Bites"). I have been admitted *pro hac vice* to practice before this Court. (Dkt. 10.) I offer this Declaration in support of Muddy Bites's Motion to Seal Portions of its Motion to Compel Discovery from Defendant Evergreen Usa LLC and to Compel Defendant's Principal's Compliance with Subpoena (Muddy Bites's "Motion to Compel"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2.    The parties negotiated and, on May 2, 2025, submitted a Confidentiality Stipulation and Protective Order. (Dkt. 36.) This Order was granted by the Court on May 13, 2025. (Dkt. 40.)

3.    Attached as Exhibit A to Muddy Bites's Motion to Compel, and highlighted for ease of review, is a true and correct copy of a document produced by Defendant Evergreen USA LLC ("Defendant") in this litigation, with beginning Bates number EVERGREEN0010464. That document also bears a "CONFIDENTIAL" footer in the lower lefthand corner, evidencing a designation by Defendant under the parties' Protective Order. Muddy Bites's Motion to Compel contains quotes from or otherwise references the content of Exhibit A.

4.    Attached as Exhibit B to Muddy Bites's Motion to Compel, and highlighted for ease of review, is a true and correct copy of an email exchange between myself and counsel for Defendant, containing certain financial information that defense counsel advised in his email was "CONFIDENTIAL IN ACCORDANCE WITH THE CONFIDENTIALITY STIPULATION AND PROTECTED ORDER[.]" Muddy Bites's Motion to Compel contains quotes from or otherwise references the content of Exhibit B.

1

5. Attached as Exhibit C to Muddy Bites's Motion to Compel, and highlighted for ease of review, is a true and correct copy of a document produced by Defendant in this litigation, with beginning Bates number EVERGREEN0002430. That document also bears a "CONFIDENTIAL" footer in the lower lefthand corner, evidencing a designation by Defendant under the parties' Protective Order. Muddy Bites's Motion to Compel contains quotes from or otherwise references the content of Exhibit C.

6. Attached as Exhibit E to Muddy Bites's Motion to Compel, and highlighted for ease of review, is a true and correct copy of a document produced by Defendant in this litigation, with beginning Bates number EVERGREEN0097041. That document also bears a "CONFIDENTIAL" footer in the lower lefthand corner, evidencing a designation by Defendant under the parties' Protective Order. Muddy Bites's Motion to Compel contains quotes from or otherwise references the content of Exhibit E.

7. Attached as Exhibit F to Muddy Bites's Motion to Compel, and highlighted for ease of review, is a true and correct copy of a document produced by Defendant in this litigation, with beginning Bates number EVERGREEN0033264. That document also bears a "CONFIDENTIAL" footer in the lower lefthand corner, evidencing a designation by Defendant under the parties' Protective Order. Muddy Bites's Motion to Compel contains quotes from or otherwise references the content of Exhibit F.

8. Attached as Exhibit G to Muddy Bites's Motion to Compel, and highlighted for ease of review, is a true and correct copy of a document produced by Defendant in this litigation, with beginning Bates number EVERGREEN0109566. That document also bears a "CONFIDENTIAL" footer in the lower lefthand corner, evidencing a designation by Defendant

under the parties' Protective Order. Muddy Bites's Motion to Compel contains quotes from or otherwise references the content of Exhibit G.

9.    Attached as Exhibit M to Muddy Bites's Motion to Compel, and highlighted for ease of review, is a true and correct copy of a document produced by Defendant Evergreen USA LLC ("Defendant") in this litigation, with beginning Bates number EVERGREEN0090053. That document also bears a "CONFIDENTIAL" footer in the lower lefthand corner, evidencing a designation by Defendant under the parties' Protective Order. Muddy Bites's Motion to Compel contains quotes from or otherwise references the content of Exhibit M.

10.    Muddy Bites does not designate any portion of its Motion to Compel or of these exhibits as confidential. Rather, Muddy Bites conditionally lodges these materials under seal in view of Defendant's designations and pursuant to the parties' Protective Order as well as this Court's Individual Rules of Practice. Upon filing of Muddy Bites's Motion to Compel and Motion to Seal, my office will serve the same upon counsel for Defendant and provide notice to Defendant "that it must file, within three days, a letter explaining the need to seal or redact the materials" at issue in this Motion to Seal.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 27, 2026                    By: /s/ Doug Tilley
                                                Doug Tilley

3