

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

MUDDY BITES, INC.,

Plaintiff,

-against_                                                    24-cv-7089 (LAK)

EVERGREEN USA LLC, etc. et al.,

Defendants.
------------------------------------------------x

## ORDER ON MOTION TO COMPEL

LEWIS A. KAPLAN, *District Judge.*

Plaintiff's motion to compel discovery and to compel Aytur Aksu to comply with plaintiff's subpoena *duces tecum* is granted to the following extent:

1.    Defendant shall search the files (tangible and electronic and whether or not consisting of text messages, contents of messaging apps or similar materials) of the nine persons identified on page 2 of plaintiff's motion and produce all responsive documents found therein.

2.    Any responsive documents not previously produced that are or were located in the files (tangible and electronic and whether or not consisting of text messages, contents of messaging apps or similar materials) of custodians whose files previously were searched shall be produced.

3.    Mr. Aksu shall comply fully with the subpoena served upon him.

The motion is denied in all other respects. The denial is without prejudice insofar as it sought a ruling with respect to defendant's responses to plaintiff's interrogatories, as neither side bothered to submit the interrogatories or the responses to the Court. Hopefully, any further attention to the interrogatories can be averted by counsel cooperating with one another in a reasonable fashion. The Court regrets that it was unable to read any of the Turkish language materials submitted on this motion. All of the documents referred to above shall be produced no later than March 20, 2026.

The Clerk shall terminate Dkts 64 and 65.

SO ORDERED.

Dated:        March 5, 2026

_____
Lewis A. Kaplan
United States District Judge