UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDDY BITES, INC.,

Plaintiff,

-v-

CIVIL ACTION NO. 24 Civ. 7089 (LAK) (SLC)

EVERGREEN USA LLC, et al.,

**ORDER**

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held today, April 21, 2026, the Court ORDERS as follows:

1. the parties have reached an agreement on search terms for Defendants' ESI search of Mr. Aksu's cellphone and the nine (9) custodians, except for one search term on which the parties will continue to meet and confer;

2. by **Friday, May 8, 2026**, Defendants shall substantially complete their ESI production with respect to Mr. Aksu's cell phone records and three other custodians, the names of whom Plaintiff will supply to Defendants; and

3. a telephonic conference to continue discussing Defendant's motion for a protective order (Dkt. No. 86) is scheduled for **Thursday, May 7, 2026 at 3:15 p.m. ET** on the Court's conference line.

The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:    New York, New York
          April 21, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**