UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDDY BITES, INC.,

                            Plaintiff,

        -v-                                                CIVIL ACTION NO. 24 Civ. 7089 (LAK) (SLC)

EVERGREEN USA LLC, et al.,                                **ORDER**

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the discussion during the telephonic conference held today, May 7, 2026, the

parties have resolved the issues raised in the Motion for Protective Order at Dkt. No. 86.

        The Clerk of the Court is respectfully directed to close Dkt. No. 86.

Dated:          New York, New York
                May 7, 2026

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**