UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDDY BITES, INC.,

                    Plaintiff,

     -v-                                              CIVIL ACTION NO. 24 Civ. 7089 (LAK) (SLC)

                                                                    **ORDER**

EVERGREEN USA LLC, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held today, May 26, 2026, by **Friday, June 5, 2026,** Defendant shall provide revised responses to Plaintiff's Second Interrogatories Nos. 9, 11, 13, 14, 20, and 21.  The revised responses to Interrogatories Nos. 9, 11, and 14 shall focus on listing oral communications and/or meetings, and the revised responses to Interrogatories Nos. 20 and 21 shall focus on Defendants' categories of damages known at this time.  Defendant is not required to revise responses to Interrogatories Nos. 6 through 8 and 15 through 19.

The Clerk of the Court is respectfully directed to close Dkt. No. 79.

Dated:        New York, New York
              May 26, 2026

                                                              SO ORDERED.

                                                              _____
                                                              SARAH L. CAVE
                                                              **United States Magistrate Judge**