UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

MUDDY BITES, INC.,

      *Plaintiff/Counterclaim-Defendant,*

v.

EVERGREEN USA, LLC, d/b/a JUST THE FUN PART,

      *Defendant/Counterclaim-Plaintiff.*

Case No: 1:24-cv-07089-LAK

**EVERGREEN USA, LLC'S MOTION TO SEAL PORTIONS OF ITS MOTION TO COMPEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/26

---

Defendant Evergreen USA, LLC ("Evergreen") respectfully moves to file under seal the below exhibits to its Motion to Compel Discovery ("Evergreen's Motion").

**Exhibit F** to Evergreen's Motion is a document produced by Muddy Bites in the litigation and bears a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" footer in the lower lefthand corner, evidencing a designation by Muddy Bites under the parties' Protective Order (*see* Dkt. 40).

**Exhibit G** to Evergreen's Motion is a document produced by Muddy Bites in the litigation and bears a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" footer in the lower lefthand corner, evidencing a designation by Plaintiff under the parties' Protective Order (*see* Dkt. 40).

**Exhibit H** to Evergreen's Motion is an email produced by Muddy Bites in the litigation and bears a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" footer in the lower lefthand corner, evidencing a designation by Evergreen under the parties' Protective Order (*see* Dkt. 40).

SO ORDERED *Granted*

_____
LEWIS A. KAPLAN, USDJ 6/16/26

**Exhibit I** to Evergreen's Motion is an email produced by Muddy Bites in the litigation and bears a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" footer in the lower lefthand corner, evidencing a designation by Evergreen under the parties' Protective Order (*see* Dkt. 40).

Evergreen does not designate the Exhibits as confidential. Rather, Evergreen conditionally lodges these Exhibits under seal in view of the parties' designations and pursuant to the parties' stipulated Protective Order as well as this Court's Individual Rules of Practice. Upon filing of Evergreen's Motion to Compel, Evergreen will serve the same upon counsel for Plaintiff and provide notice to Plaintiff "that it must file, within three days, a letter explaining the need to seal or redact the materials" at issue in Exhibits F, G, H, and I in this Motion to Seal.

Respectfully Submitted,

**COLE SCHOTZ P.C.**

By: */s/ David S. Gold*
David S. Gold
William W. Stroever (*pro hac vice*)
Amanda L. DeGroote (*pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
dgold@coleschotz.com
(201) 525-6305

*Attorneys for Defendant/Counterclaim-Plaintiff,*
*Evergreen USA LLC*

2