# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUDDY BITES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> EVERGREEN USA LLC, d/b/a JUST THE FUN PART and AYTUR AKSU, <br><br> *Defendants.* | Case No: 1:24-cv-07089-LAK <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 7/02/2026 |

### PLAINTIFF MUDDY BITES, INC.'S MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANT EVERGREEN USA LLC 'S RENEWED MOTION TO COMPEL PRODUCTION OF PRIVILEGED COMMUNICATIONS



MEMO ENDORSED

J. Noah Hagey, Esq.
Garrett Biedermann, Esq.
Andrew Coleman, Esq. (*pro hac vice* application forthcoming)
**BRAUNHAGEY & BORDEN LLP**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-940
hagey@braunhagey.com
biedermann@braunhagey.com
acoleman@braunhagey.com

Doug Tilley, Esq. (*pro hac vice*)
Oliver McNicholas, Esq. (*pro hac vice* application forthcoming)
**BRAUNHAGEY & BORDEN LLP**
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
tilley@braunhagey.com
omcnicholas@braunhagey.com

*Counsel for Plaintiff Muddy Bites, Inc.*

Plaintiff Muddy Bites, Inc. ("Muddy Bites") respectfully moves to file under seal portions of its Opposition to Defendant Evergreen USA LLC's Renewed Motion to Compel Production of Privileged Communications (Muddy Bites's "Opposition to Motion to Compel") as well as the following exhibit to Muddy Bites's Opposition to Motion to Compel.

Exhibit 2 to Muddy Bites's Opposition to Motion to Compel is an email produced by Defendant in this litigation and bearing a "CONFIDENTIAL" footer in the lower lefthand corner, evidencing a designation by Defendant under the parties' Protective Order (*see* Dkt. 40). Muddy Bites's Opposition to Motion to Compel quotes a portion of Exhibit 2 that Defendant Evergreen previously published in its own filings. (*See* Dkt. 68 at 2-3.) Muddy Bites therefore does not seek to seal the quotes appearing in its Opposition. It is unclear whether Evergreen maintains its confidentiality designation over the remainder of the email, and so Muddy Bites lodges the same conditionally under seal in an abundance of caution.

Muddy Bites does not designate any portion of its Opposition to Motion to Compel or of Exhibit 2 as confidential. Rather, Muddy Bites conditionally lodges these materials under seal in view of Defendant's designations and pursuant to the parties' stipulated Protective Order as well as this Court's Individual Rules of Practice. Upon filing of Muddy Bites's Opposition to Motion to Compel Discovery and Motion to Seal, Muddy Bites will serve the same upon counsel for Defendant and provide notice to Defendant "that it must file, within three days, a letter explaining the need to seal or redact the materials" at issue in this Motion to Seal.

Dated: July 1, 2026

Respectfully submitted,

**Granted.**

**SO ORDERED.**

_/s/ Doug Tilley_____
Doug Tilley, Esq. (*pro hac* vice)
J. Noah Hagey, Esq.
Garrett Biedermann, Esq.

U.S. District Judge
Dated: July 2, 2026

1

Andrew Coleman, Esq. (*pro hac vice* application forthcoming)
Oliver McNicholas, Esq. (*pro hac vice* application forthcoming)
**BRAUNHAGEY & BORDEN LLP**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-940
hagey@braunhagey.com
biedermann@braunhagey.com
acoleman@braunhagey.com

**BRAUNHAGEY & BORDEN LLP**
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
tilley@braunhagey.com
omcnicholas@braunhagey.com

*Counsel for Plaintiff Muddy Bites, Inc.*

2