UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDDY BITES, INC.,

Plaintiff,

-v-

EVERGREEN USA LLC., et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 7089 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to undersigned for the purpose of resolving Defendant Evergreen USA, LLC's renewed motion to compel Plaintiff Muddy Bites, Inc. to produce documents at Dkt. No. 112 (the "Motion").  (Dkt No. 115).

A telephone conference to discuss the Motion is scheduled for **Tuesday, July 28, 2026 at 11:30 a.m. ET**.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            July 2, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**