**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MUDDY BITES, INC.,

Plaintiff,

v.

EVERGREEN USA LLC d/b/a JUST THE FUN PART and AYTUR AKSU,

Defendants.

Case No. 1:24-cv-07089-LAK-SLC

**NOTICE OF BRAUNHAGEY & BORDEN LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND TO STAY PROCEEDINGS**

J. Noah Hagey, Esq.
Garrett Biedermann, Esq.
**BRAUNHAGEY & BORDEN LLP**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089
hagey@braunhagey.com
biedermann@braunhagey.com

Doug Tilley, Esq. (admitted *pro hac vice*)
**BRAUNHAGEY & BORDEN LLP**
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
tilley@braunhagey.com

PLEASE TAKE NOTICE that BraunHagey & Borden LLP ("BHB" or the "Firm"), counsel of record for Plaintiff Muddy Bites, Inc. ("Muddy Bites"), hereby moves the Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Local Civil Rule 1.4: (1) granting the Firm leave to withdraw as counsel of record for Muddy Bites; and (2) staying all proceedings and deadlines for sixty days so that Muddy Bites may retain replacement counsel. Muddy Bites consents to the relief requested by the Firm.

BHB further requests that the Court temporarily stay all proceedings while it evaluates the Firm's consented-to Motion. Muddy Bites joins in this request as well.

This Motion is based on the accompanying Memorandum of Law; the Declarations of outside counsel Doug Tilley and Muddy Bites CEO Stephanie Paras, submitted under seal for the Court's *in camera* review pursuant to the Firm's contemporaneously filed letter-motion for leave to file under seal; and all prior proceedings, pleadings, and filings in this action.

Dated: July 10, 2026

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: /s/ Doug Tilley
Doug Tilley, Esq. (admitted *pro hac vice*)
J. Noah Hagey, Esq.
Garrett Biedermann, Esq.
**BRAUNHAGEY & BORDEN LLP**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089
tilley@braunhagey.com
hagey@braunhagey.com
biedermann@braunhagey.com

*Counsel for Plaintiff Muddy Bites, Inc.*