**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUDDY BITES, INC.,<br>Plaintiff,<br>v.<br>EVERGREEN USA LLC d/b/a JUST THE FUN PART and AYTUR AKSU,<br>Defendants. | Case No. 1:24-cv-07089-LAK-SLC<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: ______<br>DATE FILED: 07/13/2026 |

**ORDER GRANTING BRAUNHAGEY & BORDEN LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND STAYING PROCEEDINGS**

J. Noah Hagey, Esq.
Garrett Biedermann, Esq.
**BRAUNHAGEY & BORDEN LLP**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089
hagey@braunhagey.com
biedermann@braunhagey.com

Doug Tilley, Esq. (admitted *pro hac vice*)
**BRAUNHAGEY & BORDEN LLP**
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
tilley@braunhagey.com

Upon the motion of BraunHagey & Borden LLP ("BHB" or the "Firm") for leave to withdraw as counsel of record for Plaintiff Muddy Bites, Inc. ("Muddy Bites") and to stay proceedings; upon the accompanying Memorandum of Law and the Declarations of Doug Tilley and Stephanie Paras, submitted under seal for the Court's *in camera* review; and good cause appearing, IT IS HEREBY ORDERED that:

1. BHB's motion to withdraw is GRANTED. BraunHagey & Borden LLP and its attorneys J. Noah Hagey, Doug Tilley, and Garrett Biedermann are relieved as counsel of record for Muddy Bites.

2. All proceedings and deadlines in this action are STAYED for **twenty-one (21) days** from the date of this Order to permit Muddy Bites to retain replacement counsel.

3. BHB shall serve a copy of this Order on Muddy Bites by email and by overnight mail within three (3) business days of its entry and shall file proof of such service on the docket.

4. The Declarations of Doug Tilley and Stephanie Paras shall remain under seal.

**IT IS SO ORDERED.**

Dated: July 13, 2026

Honorable Lewis A. Kaplan
United States District Judge