UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDDY BITES, INC.,

Plaintiff,

-v-

EVERGREEN USA LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 7089 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 10, 2026, Braunhagey & Borden LLP (the "Firm") moved to withdraw as counsel for Plaintiff Muddy Bites, Inc. ("Muddy Bites") and stay this matter. (Dkt. No. 124 (the "MTW")). On July 13, 2026, the Honorable Lewis A. Kaplan issued an order granting the Firm's MTW and staying this case "for twenty-one (21) days from the date of this Order to permit Muddy Bites to retain replacement counsel." (Dkt. No. 129 at 2 (the "Stay Order")).

In light of the Stay Order, the telephone conference scheduled for July 28, 2026 at 11:30 a.m. ET is **CANCELLED**. The Court shall re-schedule the Conference on appearance of replacement counsel for Muddy Bites. The Firm is directed to serve this Order on Muddy Bites and file proof of service on the docket by no later than July 24, 2026.

Dated: New York, New York
July 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**