**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUDDY BITES, INC,<br><br>*Plaintiff,*<br><br>v.<br><br>EVERGREEN USA, LLC, D/B/A JUST THE FUN PART, AND AYTUR AKSU,<br><br>*Defendants.* | ***Civil Action No.: 1:24-cv-07089-LAK*** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David M. Lamb of Gish PLLC hereby appears on behalf of Plaintiff Muddy Bites, Inc. in the above-captioned matter. I hereby certify that I am admitted to practice before this Court.

Dated: September 2, 2026

*/s/ David M. Lamb*
David M. Lamb (Bar No. DL1985)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-2331
david.lamb@gishpllc.com