USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 09/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x

MUDDY BITES, INC.,

Plaintiff,

-against-

24-cv-7089 (LAK)

EVERGREEN USA, LLC, D/B/A JUST THE FUN PART, AND AYTUR ASKU,

Defendants.

------------------------------------------ x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Replacement counsel having filed a notice of appearance for the Plaintiff, the stay in this case hereby is lifted.

SO ORDERED.

Dated: September 4, 2026

Lewis A. Kaplan
United States District Judge