UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDDY BITES, INC.,

Plaintiff,

-v-

EVERGREEN USA LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 7089 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 30, 2026, the Honorable Lewis A. Kaplan referred this action to the undersigned for the purpose of resolving Defendant Evergreen USA, LLC's motion to compel Plaintiff Muddy Bites, Inc. ("Muddy Bites") to produce documents at Dkt. No. 112 (the "Motion"). (Dkt. No. 115). On July 2, 2026, the Court scheduled a telephone conference for July 28, 2026 to discuss the Motion. (Dkt. No. 121).

On July 10, 2026, Braunhagey & Borden LLP (the "Firm") moved to withdraw as counsel for Muddy Bites and stay this matter. (Dkt. No. 124 (the "MTW")). On July 13, 2026, Judge Kaplan issued an order granting the Firm's MTW and staying this case "for twenty-one (21) days from the date of this Order to permit Muddy Bites to retain replacement counsel." (Dkt. No. 129 at 2 (the "Stay")). In light of the Stay, the Court cancelled the July 28, 2026 conference. (Dkt. No. 131). On August 3, 2026, Judge Kaplan extended the Stay until September 2, 2026. (Dkt. No. 132). On September 2, 2026, the Stay expired and new counsel appeared on behalf of Muddy Bites. (Dkt. No. 133).

By **September 18, 2026**, the parties shall file a joint letter, not to exceed 750 words, regarding the Motion, and whether they still seek Court intervention at that time.

Dated: New York, New York
September 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**