UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDDY BITES, INC.,

Plaintiff,

-v-

EVERGREEN USA LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 7089 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held today (the "Conference"), September 28, 2026, the Court **ORDERS** as follows:

1. The Court will issue a separate order addressing Defendant Evergreen USA LLC's request that Plaintiff Muddy Bites, Inc., produce documents it has withheld as privileged. (Dkt. No. 112).
2. By **October 2, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.

3. By **October 5, 2026**, the parties shall submit to the Honorable Lewis A. Kaplan a revised joint stipulation and proposed order regarding the completion of fact and expert discovery. (See Dkt. No. 95).

Dated: New York, New York
September 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL