Case 1:24-cv-07089-LAK-SLC Document 160 Filed 10/30/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-2-26

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUDDY BITES, INC.,<br>Plaintiff,<br>v.<br>EVERGREEN USA LLC, d/b/a JUST THE FUN PART, and AYTUR AKSU,<br>Defendants.<br>EVERGREEN USA LLC, d/b/a JUST THE FUN PART,<br>Counterclaim-Plaintiff,<br>v.<br>MUDDY BITES, INC.,<br>Counterclaim-Defendant. | Civil Action No. 1:24-cv-07089-LAK<br><br>Civil Action<br><br>**EVERGREEN USA LLC'S MOTION TO SEAL EXHIBITS TO ITS LETTER MOTION TO HOLD OBJECTION TO MAGISTRATE JUDGE'S OPINION AND ORDER IN ABEYANCE** |

SO ORDERED Granted

LEWIS A. KAPLAN, USDJ 11/2/26

Defendant/Counterclaim-Plaintiff Evergreen USA LLC ("Evergreen") respectfully moves to file under seal the below exhibits to its Letter Motion to Hold Objection to Magistrate Judge's Opinion and Order in Abeyance ("Evergreen's Motion").

**Exhibit 1** to Evergreen's Motion is a document produced by Muddy Bites in the litigation and bears a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" footer in the lower lefthand corner, evidencing a designation by Muddy Bites under the parties' Protective Order (*see* Dkt. 40).

**Exhibit 2** to Evergreen's Motion is a document produced by Muddy Bites in the litigation and bears a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" footer in the lower lefthand corner, evidencing a designation by Muddy Bites under the parties' Protective Order (*see* Dkt. 40).

**Exhibit 3** to Evergreen's Motion is a document produced by Muddy Bites in the litigation

Case 1:24-cv-07089-LAK-SLC Document 160 Filed 10/30/26 Page 2 of 2

and bears a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" footer in the lower lefthand corner, evidencing a designation by Muddy Bites under the parties' Protective Order (*see* Dkt. 40).

**Exhibit 4** to Evergreen's Motion is a document produced by Muddy Bites in the litigation and bears a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" footer in the lower lefthand corner, evidencing a designation by Muddy Bites under the parties' Protective Order (*see* Dkt. 40).

Evergreen does not designate the Exhibits as confidential. Rather, Evergreen conditionally lodges these Exhibits under seal in view of Muddy Bites' designations and pursuant to the parties' stipulated Protective Order as well as this Court's Individual Rules of Practice. Upon filing of Evergreen's Letter Motion, Evergreen will serve the same upon counsel for Plaintiff and provide notice to Plaintiff "that it must file, within three days, a letter explaining the need to seal or redact the materials" at issue in Exhibits 1, 2, 3, and 4 identified in this Motion to Seal.

Dated: October 30, 2026

Respectfully Submitted,

**COLE SCHOTZ P.C.**

By: */s/ David S. Gold*
David S. Gold
William W. Stroever (*pro hac vice*)
Amanda L. DeGroote (*pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
dgold@coleschotz.com
(201) 525-6305

*Attorneys for Defendant/Counterclaim-Plaintiff, Evergreen USA LLC and Aytur Aksu*